RUMSEY SIKEMEIER *v.* FRANK M. JACOB.

[46 South., 169.]

SALES. *Return of goods. Unreasonable delay.*

A purchaser of personal property cannot relieve himself of liability for its price by returning the same as unsatisfactory more than a year after he received it.

FROM the circuit court of Lowndes county.

HON. ROBERT F. COCHRAN, Judge.

This was an action brought by the appellant, Sikemeier, against the appellee, Jacob, on an open account for goods sold and delivered, in which the defendant, Jacob, claimed credit for one closet returned to plaintiff as unsatisfactory, a year and a day after its purchase.

*J. W. Loving,* for appellants.

There was unreasonable delay in the return of the closet and the defendant was not entitled to a credit on account thereof. 4 Current Law, p. 1332, par. 2, § 7C.

*Z. P. Landrum,* for appellee.

CALHOON, J., delivered the opinion of the court.

This record presents an action on an open account of various items, among which there appears charged the appliances for a certain closet. It is shown that this closet was sold and delivered to the appellee, and retained by him for more than a year

before it was returned to the vendor; and in reference to this item the court below, as we think properly, charged the jury that "the closet returned in this case was retained too long to be returned." Notwithstanding this direct charge, the jury returned a verdict for the defendant, and the court below refused to grant a new trial, in which we think there is error.

*Reversed and remanded.*